UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD JERMAINE JACKSON,
No. 22096-041,

        Petitioner,

   v.

T. LILLARD,

        Respondent.

Case No. 25-cv-1632-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Ronald Jermaine Jackson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed August 25, 2025 (Doc. 1). Jackson's claims have been repeatedly rejected as frivolous by courts in this district. Chief Judge Nancy J. Rosenstengel has warned Jackson that, as a sanction, future repetitive habeas corpus petitions will be deemed rejected, without the need for judicial action, 30 days after the petition is filed unless the court orders otherwise. *Jackson v. Lillard*, No. 24-cv-2687-NJR, 2025 WL 1234150, at *3 (S.D. Ill. Apr. 29, 2025) (citing *Alexander v. United States*, 121 F.3d 312, 315 (7th Cir. 1997)).

The Court has reviewed Jackson's instant petition and has determined that it raises no argument cognizable in a § 2241 petition. Thus, consistent with the Court's prior admonition, the Court **DENIES** Jackson's instant petition (Doc. 1) and **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

**IT IS SO ORDERED.**
**DATED: October 1, 2025**

                                                 s/ J. Phil Gilbert
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**