UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD JERMAINE JACKSON,<br>No. 22096-041,<br><br>   Petitioner,<br><br> v.<br><br>T. LILLARD,<br><br>   Respondent. | Case No. 25-cv-1632-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ronald Jermaine Jackson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent T. Lillard and against petitioner Ronald Jermaine Jackson, and that this case is dismissed with prejudice.


**DATED: October 1, 2025**    MONICA A. STUMP, Clerk of Court

                s/Tina Gray, Deputy Clerk



**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**